EUNICE V. TAYLOR, Plaintiff, *v.* HARRY SESSIONS, Defendant.
EUNICE V. TAYLOR, Plaintiff, *v.* EDWARD G. WHIPPLE, Defendant.
EUNICE V. TAYLOR, Plaintiff, *v.* FLORENCE WILLIAMS, Defendant.
EUNICE V. TAYLOR, Plaintiff, *v.* HENRY COPENHAGEN, Defendant.

Submitted January 10, 1944; decided January 20, 1944.

*Eunice V. Taylor,* in person, for motions.

*Thomas H. Clearwater* opposed.

Motions dismissed on the ground that the proposed appeals are not from judgments finally determining the actions within the meaning of the Constitution.